**UNITED STATES of America, Plaintiff—Appellee,**

**v.**

**Crescencio MARTINEZ–AVENDANO, a/k/a Chencho, Defendant—Appellant.**

**No. 03–50455.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Jason A. Forge, Esq., Christine M. Adams, Esq., USLA—Office of The U.S. Attorney Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Sylvia Baiz, Esq., San Diego, CA, for Defendant–Appellant.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Crescencio Martinez–Avendano appeals the 135–month sentence imposed following this court's remand in his prior appeal. This court previously affirmed Martinez–Avendano's jury trial conviction for conspiracy to detain illegal aliens as hostages in violation of 18 U.S.C. § 371, hostage taking in violation of 18 U.S.C. § 1203, and harboring and concealing illegal aliens in

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

violation of 8 U.S.C. § 1324(a)(1)(A)(iii), but remanded for resentencing. *See United States v. Sierra–Velasquez,* 310 F.3d 1217 (9th Cir.2002). We have jurisdiction under 28 U.S.C. § 1291.

We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

REMANDED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.